UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Project Rousseau, Inc.,<br>Plaintiff,<br>v.<br>David J. Venturella, *et al.*,<br>Respondents. | Case No. |

**PIAINTIFF'S NOTICE OF MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that Petitioner, through counsel, Andrew Heinrich, Esq., and Olivia Natale, Esq., hereby move this Court, pursuant to Fed. R. Civ. P. 65, for an order enjoining Respondents from removing the Clients[1] from the United States to Pakistan or Afghanistan absent further order of this Court and pending the outcome of this litigation. Plaintiff requests that this relief be granted *ex parte*. This motion is supported by the accompanying Memorandum of Law and Declaration of Counsel.

Respectfully submitted,

*/s/ Andrew Heinrich*
Andrew Heinrich
*Supervising Attorney*
Project Rousseau, Inc.

[1] The Clients are individuals subject to a final removal order to Afghanistan who may be deported to Pakistan pursuant to the Removal Plan.

1560 Broadway, Suite 805
New York, NY 10036
Email: Andrew.Heinrich@projectrousseau.org
Phone: +1 (917) 734-7219

*/s/ Olivia Natale*
Olivia Natale
*Staff Attorney*
Project Rousseau, Inc.
1560 Broadway, Suite 805
New York, NY 10036
Email: Olivia.Natale@projectrousseau.org
Phone: +1 (860) 966-5805