UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Project Rousseau, Inc.,<br>Plaintiff,<br>v.<br>David J. Venturella, *et al.*,<br>Respondents. | Case No. |

**DECLARATION OF ANDREW HEINRICH IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

I, Andrew Heinrich, Esq., hereby declare as follows:

1. I am the Supervising Attorney at Project Rousseau, Inc. ("Project Rousseau"), counsel for Plaintiff in the above-captioned matter. I submit this Declaration in support of Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction.
2. I have personal knowledge of the matters stated herein, except where otherwise indicated, and where matters are based on information obtained through my representation of clients, review of case records, or publicly available reporting, I have identified those sources.
3. Project Rousseau is a nonprofit organization recognized under Section 501(c)(3) of the Internal Revenue Code that provides pro bono legal representation and educational programming to vulnerable youth and families, including individuals seeking humanitarian protection in the United States.
4. Among the individuals receiving legal services from Project Rousseau are Afghan

nationals currently facing imminent removal from the United States. Project Rousseau provides legal assistance to these individuals in connection with their immigration proceedings and other pending legal matters.

5. Several of these clients have pending motions, applications, or judicial proceedings in the United States, in both immigration court and federal court. Their legal matters remain unresolved, and Project Rousseau continues to provide representation in those proceedings.

6. Last week, during the week of October 26, 2026, Project Rousseau was informed through advisories submitted in a pending habeas corpus proceeding and through communications from U.S. Immigration and Customs Enforcement ("ICE") that Afghan nationals, including clients represented by Project Rousseau, are scheduled for removal from the United States in the coming weeks, as early as November 3, 2026. Based on these advisories and communications from ICE, I understand that the removal of Project Rousseau's affected clients is imminent. Given this timeline, there is insufficient time for ordinary motion practice before the threatened action occurs.

7. Based on publicly available reporting, the United States Government intends to remove Afghan nationals from the United States to Pakistan, with the expectation that Pakistani authorities will subsequently effectuate their onward removal to Afghanistan (the "Removal Plan"). *See, e.g.*, Ximena Bustillo, *US Makes Plans to Deport Afghans, Families of Allies to Pakistan*, Bloomberg Law (Oct. 26, 2026), https://news.bloomberglaw.com/us-law-week/us-makes-plans-to-deport-afghans-families-of-allies-to-pakistan.

8. Public reporting indicates that the Removal Plan contemplates Pakistan serving as an

intermediary destination rather than the ultimate destination of the individuals being removed. Accordingly, although the United States would initially transfer these individuals to Pakistan, the anticipated result is their removal to Afghanistan, which remains under the *de facto* control of the Taliban.

9. In cases involving Project Rousseau clients, federal respondents have not suggested that they have obtained credible assurances that these clients would not be subjected to torture or persecution in Pakistan, nor have Plaintiff's clients received notice that they would be removed to Pakistan.

10. On November 2, 2026, my office reached out to counsel for Respondents via email at the United States Attorneys' Office for the District of Columbia, the United States Attorney for the Southern District of New York, and the Office of the Attorney General, via email at usadc.webmaster@usdoj.gov, jamie.mcdonald@usdoj.gov, and oag@dc.gov to provide notice of Plaintiff's intention to seek an emergency temporary restraining order preventing its client's imminent removal from the United States.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

*/s/ Andrew Heinrich*

Andrew Heinrich
*Supervising Attorney*
Project Rousseau, Inc.
1560 Broadway, Suite 805
New York, NY 10036

Email: Andrew.Heinrich@projectrousseau.org
Phone: +1 (917) 734-7219