UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Project Rousseau, Inc.,<br>Plaintiff,<br>v.<br>David J. Venturella, *et al.*,<br>Respondents. | Case No. |

**PROPOSED ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

This matter comes before the Court on Plaintiff's Emergency Motion for an *Ex Parte* Temporary Restraining Order. Having considered the motion, and accompanying papers in support thereof, and the applicable law, the Court ORDERS that Plaintiff's Motion for a Temporary Restraining Order is GRANTED as follows:

1. Respondents, their officers, agents, employees, representatives, and all persons acting in active concert or participation with them who receive actual notice of this Order are hereby ENJOINED from removing Plaintiff's clients from the United States, including to Pakistan or through Pakistan to Afghanistan, for the duration of this Temporary Restraining Order;
2. Respondents shall comply with the applicable notice and procedural protections governing third-country removals, including the Department of Homeland Security's 2025 Guidance Regarding Third Country Removals, and shall afford Plaintiff's clients a meaningful opportunity to raise her fear-based claims concerning removal to Pakistan and

any anticipated subsequent transfer to Afghanistan, irrespective of whether Respondents assert that credible diplomatic assurances have been obtained;

3. This Temporary Restraining Order shall take effect immediately upon entry and shall expire on __________, 2026, at ______ a.m./p.m. (Eastern Standard Time), no later than fourteen days after entry if issued without notice, unless extended or dissolved by further Order of the Court;
4. Based on the record and applicable law, the Court finds that no security is required at this time pursuant to Federal Rule of Civil Procedure 65(c);
5. Respondents shall file a response to Plaintiff's Emergency Motion no later than __________, 2026, at ______ a.m./p.m. (Eastern Standard Time); and
6. The parties shall attend a hearing on this matter on __________, 2026, at ______ a.m./p.m. (Eastern Standard Time), by [videoconference/in person], unless otherwise directed by the Court.

It is so ORDERED.

Issued on November ____, 2026 at _________ A.M./P.M. (Central Standard Time) in New York, NY.

Signed on November ____, 2026.

____________________________
United States District Judge