UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PROJECT ROUSSEAU, INC., Plaintiff, -against- DAVID J. VENTURELLA; MARKWAYNE MULLIN; TODD BLANCHE; and MARCO RUBIO, Defendants. | : | 26-CV-9602 <br> <u>ORDER</u> |

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 2, 2026, Plaintiff initiated this action against Defendants, *see* Compl., Dkt. 1;

WHEREAS on November 2, 2026, Plaintiff moved for a Temporary Restraining Order enjoining Defendants from removing Plaintiff's clients from the United States to Pakistan or Afghanistan absent further order of this Court and pending the outcome of this litigation, *see* Dkt. 4 (the "Motion");

WHEREAS on November 3, 2026, the Parties appeared for a conference before this Court regarding Plaintiff's Motion;

WHEREAS at the conference on November 3, 2026, counsel for Defendants represented to the Court that counsel had spoken with Mr. Christopher George, Deputy Assistant Director for Enforcement and Removal Operations in Immigration and Customs Enforcement ("ICE"), and that in such conversation, Mr. George represented that ICE had no planned or confirmed chartered or commercial flights for the purposes of deporting Afghan nationals present in the United States to Afghanistan or to Pakistan, at least through the end of this week;

WHEREAS counsel for the Government further represented that Mr. George had represented to him that ICE arranges charter flights for deporting persons weeks in advance and makes arrangements to deport persons via commercial airline transport also weeks in advance;

WHEREAS based on the absence of any currently scheduled charter flights or confirmed commercial flights for deporting Afghanistan nationals and based on the representation of the time it takes to make such arrangements, the Government has effectively represented that no Afghanistan nationals will be deported from the United States to Afghanistan or Pakistan this week; and

WHEREAS the Government consented to entry of a Temporary Restraining Order requiring Defendants to comply with its representations made to the Court regarding any plans to deport Afghan nationals to Afghanistan or Pakistan.

IT IS HEREBY ORDERED that Defendants, their officers, agents, employees, representatives, and all persons acting in active concert or participation with them who receive actual notice of this Order are hereby ordered to comply with and adhere to the representations made by Deputy Assistant Director George through counsel for Defendants that there are no planned or confirmed chartered or commercial flights for the purposes of deporting Afghan nationals to Afghanistan or to Pakistan for the duration of this Temporary Restraining Order and that it takes weeks to make such arrangements.

IT IS FURTHER ORDERED that this Temporary Restraining Order shall take effect immediately upon entry and shall expire on **Saturday, November 7, 2026, at 11:59 P.M.**, unless otherwise extended or dissolved by further Order of this Court.

IT IS FURTHER ORDERED that the attorney for the Government must immediately provide a copy of this Order to Deputy Assistant Director George, to an appropriate

representative of the Department of State, and to any other representative of the Department of Homeland Security who, in the judgment of the Office of the U.S. Attorney, should be notified.

IT IS FURTHER ORDERED that based on the record and applicable law, the Court finds that no security is required at this time pursuant to Federal Rule of Civil Procedure 65(c).

IT IS FURTHER ORDERED that Defendants must file a response to Plaintiff's Motion no later than **Thursday, November 5, 2026, at 9:00 A.M.**

**Issued on November 3, 2026, at 1:33 P.M. (Eastern Standard Time) in New York, NY.**

**SO ORDERED.**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**

**Date: November 3, 2026**
**New York, New York**