UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Project Rousseau, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>David J. Venturella, et al.<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 26-CV-9602 |

**DECLARATION OF IMANI MONTGOMERY**

I, Imani Montgomery, a Deportation Officer with U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) declare under the penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge and belief:

1. I am a Deportation Officer (DO) with the ERO New York City Field Office. I have served in this capacity since October 2025. As part of my duties as a Deportation Officer, I manage the cases of aliens who are in immigration proceedings. I provide this declaration based on my personal knowledge and information obtained from ICE ENFORCE Alien Removal Module (EARM) and relied upon by DHS in the regular course of business.

2. I am aware of the above-captioned case. I was provided with the names and A# of aliens identified as clients of the Plaintiff's organization. Attached hereto as Exhibit A.

3. On or about April 11, 2025, Mahboba Baqueri was encountered by U.S. Border Patrol (USBP) near Roma, Texas. She was taken into custody and detained by ICE at the El Valle Detention Facility in Texas, then the Prairieland Detention Facility in Texas, and currently in the Richwood Correctional Center in Louisiana. She has a final order of removal as of January 5, 2026.

Review of EARM does not show any residence, personal address, relative in the state of New York. EARM records only show Mahboba Baqueri associated with addresses in Texas or the above detention facilities.

4. On or about January 12, 2025, Mohammad Amir Hassani, was encountered at the Brownsville, Texas, Port of Entry by U.S. Customs and Border Patrol (CBP). He was detained by ICE at the Port Isabel Service Processing Center in Texas and is currently detained at the El Valle Detention Facility in Texas. He has a final order of removal as of January 14, 2026. Review of EARM does not show any residence, personal address, or relative in the state of New York. Aside from detention facility locations and foreign addresses, EARM records show addresses in Virgina as possible residences.

5. On or about July 25, 2024, Mohammad Sarwar Khudadad was encountered by USBP near Otay Mesa, California. He was detained by ICE at the Denver Contract Detention Facility in Colorado and is currently detained at the El Valle Detention Facility in Texas. He has a final order of removal as of March 3, 2025. Review of EARM does not show any residence, personal address, or relative in the state of New York. EARM records only associate Mohammad Sarwar Khudadad with detention facility locations and a foreign address.

6. On or about December 19, 2024, Riza Ataye was encountered by USBP at the Rio Grande Valley, Texas. He was detained at the Port Isabel Service Processing Center in Texas, the Torrance County Detention Facility in New Mexico before released. He was re-detained in California on October 27, 2026, and detained at the El Paso Camp East Montana in Texas. He is currently detained in Jackson County Parish Correctional Center in Louisiana. He has a final order of removal as of January 9, 2026. Review of EARM does not show any residence, personal address, or relative in the state of New York. Aside from detention facility locations and foreign addresses, EARM records show listed addresses in California.

7. On or about August 13, 2025, Sakina Beegzad was encountered by USBP near Roma, Texas. She is currently detained at the El Valle Detention Facility in Texas. She has a final order of removal as of December 9, 2025. Review of EARM does not show any residence, personal address or relative, in the state of New York. Aside from the detention facility location and foreign addresses, EARM records list an address in Mexico City.

8. None of these five individuals were ever detained by ICE in the state of New York.

DATED: November 5, 2026

IMANI J MONTGOMERY Adobe Acrobat version: 2026.002.21901

Imani Montgomery
Deportation Officer
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
New York, NY

*Project Rousseau, Inc. v. Venturella et al*
Case No. 1:26-cv-09602

**List of Plaintiff's Clients**
**November 3, 2026**

Some of Project Rousseau, Inc.'s legal services clients are Afghan nationals due to be removed to Pakistan in the coming weeks, for the purpose of effectuating an onward removal by Pakistan to Taliban-controlled Afghanistan (the "Clients"). Counsel understands[1] the Clients to include the following individuals:

- Mahboba Baqeri, A# 221-044-639;
- Mohammad Amir Hassani, A# 249-059-248;
- Mohammad Sarwar Khudadad, A# 249-384-403;
- Riza Ataye, A# 249-493-737; and
- Sakina Beegzad, A# 221-055-004.

[1] Plaintiff has also been contacted to provide legal services for other individuals who may be within the affected Client population. Should any of these individuals become part of the affected Client population while this action is ongoing, Counsel for Plaintiff will promptly notify Respondents' Counsel. Counsel for Plaintiff will likewise notify Respondents' Counsel of any other changes to this list pending the resolution of this litigation.