**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PROJECT ROUSSEAU, INC.,<br>JOHN DOE 1-4, and JANE DOE 1-2,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. VENTURELLA, MARKWAYNE MULLIN, TODD BLANCHE, MARCO RUBIO, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 26-cv-9602-VM |

**PLAINTIFFS' MOTION FOR AN ORDER PERMITTING THE AFGHAN NATIONAL PLAINTIFFS TO PROCEED UNDER PSEUDONYM**

Plaintiffs respectfully move this Court for an order permitting the Afghan Nationals (hereinafter, the "Afghan Nationals") to proceed under "John Doe" and "Jane Doe" pseudonyms in this action, in all pleadings and other documents related to this litigation, and in all proceedings held before this Court, and that documents containing their actual name shall be filed in redacted form; and prohibit Defendants from disclosing any personally identifying information that could lead to the Afghan Nationals' identification in this action, and for an order that any information that could lead to their identification or the identification of the Afghan Nationals to be filed under seal and not revealed to non-parties, in order to protect the privacy and safety of the Afghan Nationals.

Plaintiffs are filing an accompanying memorandum of law supporting this motion. Plaintiffs sought Defendants' consent in connection with this motion, and Defendants take no position. The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Plaintiffs respectfully requests that this Court:

1. Allow the Afghan Nationals to proceed under proceed under “John Doe” and “Jane Doe” pseudonyms;
2. Ensure that the Afghan Nationals be referred to by their “John Doe” and “Jane Doe” pseudonyms on the docket, in all pleadings, and other documents related to this litigation, and all proceedings held before this Court, and that documents containing the Afghan Nationals’ actual name shall be filed in redacted form;
3. Prohibit Defendants from disclosing any personally identifiable information that could lead to the Afghan Nationals’ identification in this action; and
4. Any information that could lead to their identification or the identification of the Afghan Nationals to be filed under seal and not revealed to non-parties, in order to protect their privacy and safety.

Dated: November 9, 2026

Respectfully submitted,

*/s/ Andrew Heinrich*
Andrew Heinrich
*Supervising Attorney*
Project Rousseau, Inc.
1560 Broadway, Suite 805
New York, NY 10036
Email: Andrew.Heinrich@projectrousseau.org
Phone: +1 (917) 734-7219

*/s/ Olivia Natale*
Olivia Natale
*Staff Attorney*
Project Rousseau, Inc.
1560 Broadway, Suite 805
New York, NY 10036
Email: Olivia.Natale@projectrousseau.org
Phone: +1 (860) 966-5805