**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

PROJECT ROUSSEAU, INC.,
JOHN DOE 1-4, and JANE DOE 1-2,

Plaintiffs,

v.

DAVID J. VENTURELLA, MARKWAYNE MULLIN, TODD BLANCHE, MARCO RUBIO, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 26-cv-9602-VM

**PARTIES' JOINT PROPOSED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

The parties make the following joint motion pursuant to the Court's November 6, 2026 Order, *see* Dkt. No. 21, at 34, directing the parties to submit a joint proposed briefing schedule on a motion for a preliminary injunction.

The parties propose the following briefing schedule:

- Plaintiffs shall file their Motion for a Preliminary Injunction, Memorandum of Law, and any other supporting papers no later than November 17, 2026;
- Defendants' Response shall be filed by December 8, 2026; and
- Plaintiffs' reply, if any, shall be filed by December 15, 2026.

Dated: November 10, 2026

PROJECT ROUSSEAU, INC.
*Counsel for Plaintiffs*

/s/ Andrew Heinrich
Andrew Heinrich
1560 Broadway, Suite 805
New York, NY 10036
Email: Andrew.Heinrich@projectrousseau.org
Phone: +1 (917) 734-7219

/s/ Olivia Natale
Olivia Natale
1560 Broadway, Suite 805
New York, NY 10036
Email: Olivia.Natale@projectrousseau.org
Phone: +1 (860) 966-5805

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/ Brandon M. Waterman
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov
*Counsel for Defendants*