**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

PROJECT ROUSSEAU, INC.,
JOHN DOE 1-4, and JANE DOE 1-2,

Plaintiffs,

v.

DAVID J. VENTURELLA, MARKWAYNE MULLIN, TODD BLANCHE, MARCO RUBIO, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 26-cv-9602-VM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 11/12/26

**ORDER GRANTING PLAINTIFFS' LETTER MOTIONS FOR LEAVE TO FILE EXHIBITS IN SUPPORT OF THE AMENDED COMPLAINT IN REDACTED FORM**

The Court, having considered the Motion for an Order Permitting the Plaintiffs to File Exhibits In Support of the Amended Complaint in Redacted Form, *see* Dkt. Nos. 24, 25, hereby orders:

1. Plaintiffs' Letter Motions for Leave to File Certain Documents in Support of the Amended Complaint in Redacted Form, Dkt. Nos. 24, 25 (the "Letter Motions to Seal"), are hereby **GRANTED**;
2. Plaintiffs are directed to file under seal unredacted versions of the documents identified in their Letter Motions to Seal, and to serve a copy of these documents on Defendants; and
3. The Court finds that public redaction of the Afghan Nationals' names, Alien Registration Numbers, place of custody, federal habeas case numbers (if any), and other personal

identifying information is appropriate pursuant to *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and the parties are hereby directed to file documents with redactions as appropriate throughout this litigation, and to promptly file unredacted versions of such documents under seal.

It is **SO ORDERED.**

November 12, 2026.

Victor Marrero
U.S.D.J.