**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

PROJECT ROUSSEAU, INC.,
JOHN DOE 1-4, and JANE DOE 1-2,

Plaintiffs,

v.

DAVID J. VENTURELLA, MARKWAYNE MULLIN, TODD BLANCHE, MARCO RUBIO, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 26-cv-9602-VM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/26

**ORDER GRANTING THE PARTIES' JOINT PROPOSED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

The Court hereby orders that the Parties' Joint Proposed Briefing Schedule for Plaintiffs' Motion for a Preliminary Injunction is GRANTED as follows:

1. Plaintiffs shall file their Motion for a Preliminary Injunction, Memorandum of Law, and any other supporting papers no later than November 17, 2026;
2. Defendants' Response shall be filed by December 8, 2026; and
3. Plaintiffs' reply, if any, shall be filed by December 15, 2026.

It is **SO ORDERED.**

Signed on this 13th day of November, 2026.

Victor Marrero
U.S.D.J.