**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

PROJECT ROUSSEAU, INC.,
JOHN DOE 1-4, and
JANE DOE 1-2,

Plaintiffs,

v.

DAVID J. VENTURELLA, in his official capacity as Acting Director U.S. Immigrations and Customs Enforcement,

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,

TODD BLANCHE, in his official capacity as Attorney General of the United States,

MARCO RUBIO, in his official capacity as Secretary of State,

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and

U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 26-cv-9602-VM

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that upon the attached declaration of Andrew Heinrich, and the exhibits attached thereto, in accordance with Federal Rules of Civil Procedure 4 and 5, the Defendants in this action were served by United States Postal Service Certified Mail on November 10, 2026.

Dated: November 17, 2026

*/s/ Andrew Heinrich*
Andrew Heinrich
*Supervising Attorney*

Project Rousseau, Inc.
1560 Broadway, Suite 805
New York, NY 10036
Email: Andrew.Heinrich@projectrousseau.org
Phone: +1 (917) 734-7219

*/s/ Olivia Natale*
Olivia Natale
*Staff Attorney*
Project Rousseau, Inc.
1560 Broadway, Suite 805
New York, NY 10036
Email: Olivia.Natale@projectrousseau.org
Phone: +1 (860) 966-5805

**CERTIFICATE OF SERVICE**

I, Andrew Heinrich, do hereby certify that on November 17, 2026 a copy of the foregoing document was filed electronically through PACER and both parties are participating in PACER. Therefore, no separate service was completed.

Date: November 17, 2026

*/s/ Andrew Heinrich*
Andrew Heinrich