**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PROJECT ROUSSEAU, INC.,<br>JOHN DOE 1-4, and JANE DOE 1-2,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. VENTURELLA, MARKWAYNE MULLIN, TODD BLANCHE, MARCO RUBIO, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 26-cv-9602-VM<br><br>**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs move for a preliminary injunction prohibiting Defendants, and their officers, agents, servants, and employees, from removing the John Doe and Jane Doe Plaintiffs from the United States to Afghanistan (absent evidence of a direct removal); to Pakistan; or to Afghanistan by way of Pakistan, pending the outcome of this litigation. Plaintiffs' motion is based on the attached memorandum of law, accompanying declaration and other filings.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Andrew Heinrich*
Andrew Heinrich
*Supervising Attorney*
Project Rousseau, Inc.

1560 Broadway, Suite 805
New York, NY 10036
Email: Andrew.Heinrich@projectrousseau.org
Phone: +1 (917) 734-7219

*/s/ Olivia Natale*
Olivia Natale
*Staff Attorney*
Project Rousseau, Inc.
1560 Broadway, Suite 805
New York, NY 10036
Email: Olivia.Natale@projectrousseau.org
Phone: +1 (860) 966-5805

**CERTIFICATE OF SERVICE**

I, Olivia Natale, do hereby certify that on November 17, 2026 a copy of the foregoing document was filed electronically through PACER and both parties are participating in PACER. Therefore, no separate service was completed.

Date: November 17, 2026

/s/ Olivia Natale
Olivia Natale