**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PROJECT ROUSSEAU, INC.,<br>JOHN DOE 1-4, and JANE DOE 1-2,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID J. VENTURELLA, MARKWAYNE MULLIN, TODD BLANCHE, MARCO RUBIO, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 26-cv-9602-VM |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

The Court, having considered Plaintiffs' Motion for a Preliminary Injunction ("Plaintiffs' Motion") hereby orders that:

1. Plaintiffs' Motion is **GRANTED**.
2. Defendants, and their officers, agents, servants, and employees, are **ENJOINED** from removing the John Doe and Jane Doe Plaintiffs from the United States to Afghanistan (absent evidence of a direct removal); to Pakistan; or to Afghanistan by way of Pakistan, pending the outcome of this litigation or further order of this Court.
3. No security shall be required pursuant to Fed. R. Civ. P. 65(c).

It is **SO ORDERED.**

Signed on this _____day of __________, 2026.

______________________________
Victor Marrero
U.S.D.J.