**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

PROJECT ROUSSEAU, INC.,
JOHN DOE 1-4, and JANE DOE 1-2,

Plaintiffs,

v.

DAVID J. VENTURELLA, MARKWAYNE MULLIN, TODD BLANCHE, MARCO RUBIO, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, and U.S. DEPARTMENT OF HOMELAND SECURITY,

Defendants.

Case No. 26-cv-9602-VM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 11/20/26

**ORDER GRANTING PLAINTIFFS' MOTION FOR AN ORDER PERMITTING THE AFGHAN NATIONAL PLAINTIFFS TO PROCEED UNDER PSEUDONYM**

The Court, having considered Plaintiff's Motion for an Order Permitting the Afghan Nationals to Proceed Under Pseudonym ("Plaintiffs' Motion") hereby orders that:

1. Plaintiffs' Motion is **GRANTED**.
2. The Afghan Nationals may proceed under "John Doe" and "Jane Doe" pseudonyms in this action.
3. In all pleadings, and other documents related to this litigation, and in all proceedings held before this Court, the Afghan Nationals shall be referred to by "John Doe" and "Jane Doe" pseudonyms, and any documents containing their actual name or other personal identifying information shall be filed in redacted form;

4. Defendants shall not publicly disclose any personally information that could lead to the Afghan Nationals' identification in this action;
5. Any information that could lead to the identification or the identification of the Afghan Nationals shall be filed under seal and not revealed to non-parties, in order to protect their privacy and safety; and
6. The Clerk of Court is respectfully directed to ensure that the Afghan Nationals are referred to by their pseudonyms on the docket.

It is **SO ORDERED.**

Signed on this 20th day of November, 2026.

Victor Marrero
U.S.D.J.